People v Finch (2025 NY Slip Op 07168)

People v Finch

2025 NY Slip Op 07168

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, SMITH, AND DELCONTE, JJ.

896 KA 25-00225

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
ROBERT D. FINCH, DEFENDANT-APPELLANT. 

STEVEN A. FELDMAN, MANHASSET, FOR DEFENDANT-APPELLANT. 
BROOKS T. BAKER, DISTRICT ATTORNEY, BATH (JOHN C. TUNNEY OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Steuben County (Jason L. Cook, J.), rendered November 7, 2024. The judgment convicted defendant, upon his plea of guilty, of attempted sexual abuse in the first degree, attempted assault in the second degree and endangering the welfare of a child (two counts). 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court